IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| Ray Arp, *On behalf of himself and those similarly situated,* Plaintiff, v. Hohla & Wyss Enterprises, LLC, *et. al.*, Defendants. | Case No. 3:18-cv-119 Judge Walter H. Rice |

**ORDER GRANTING JOINT MOTION TO APPROVE STIPULATED FORM OF NOTICE OF COLLECTIVE ACTION**

Upon consideration of the parties' Joint Motion to Approve Stipulated Form of Notice of Collective Action, it is hereby:

ORDERED that the parties' request for approval of their stipulations, proposed methods of disseminating notice, and form of notice is GRANTED.

SO ORDERED.

Date: 8-1-18

_____
United States District Judge

Or

1